# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   CHARLENE D. ROSS                                        Case Number: 07-71914
         1603 N. ROCKTON AVENUE          SSN-xxx-xx-0978
         ROCKFORD, IL  61103

                                              Case filed on:        8/14/2007
                                              Plan Confirmed on:    11/26/2007
                          C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $2,700.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 2,415.51 | 0.00 |
| | Total Legal | 3,000.00 | 3,000.00 | 2,415.51 | 0.00 |
| | | | | | |
| 021 | COOK COUNTY STATES ATTORNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| 999 | CHARLENE D. ROSS | 0.00 | 0.00 | 100.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 100.00 | 0.00 |
| | | | | | |
| 001 | CHASE HOME FINANCE | 2,488.52 | 0.00 | 0.00 | 0.00 |
| | Total Secured | 2,488.52 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| 002 | ALL AMERICAN AUTO SALES | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AMSHERCOLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ARROW FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ASSET ACCEPTANCE CORP | 208.93 | 208.93 | 0.00 | 0.00 |
| 006 | JEFFERSON CAPITAL SYSTEMS, LLC | 244.19 | 244.19 | 0.00 | 0.00 |
| 007 | CALVARY PORTFOLIO SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAPITAL RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CBC NATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CHECK IT | 592.85 | 592.85 | 0.00 | 0.00 |
| 012 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CONSUMER PORTFOLIO SERVICES | 980.87 | 980.87 | 0.00 | 0.00 |
| 015 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CYBR COLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MUTUAL MANAGEMENT SERVICES | 4,661.00 | 4,661.00 | 0.00 | 0.00 |
| 018 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | NATIONAL CITY BANK | 1,033.91 | 1,033.91 | 0.00 | 0.00 |
| 020 | MEIJER STORES | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | MUTUAL MANAGEMENT SERVICES | 580.66 | 580.66 | 0.00 | 0.00 |
| 023 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | NICOR GAS | 757.69 | 757.69 | 0.00 | 0.00 |
| 025 | PARK DANSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | RESTORX NORTHERN ILLINOIS | 2,655.06 | 2,655.06 | 0.00 | 0.00 |
| 027 | UNITED CREDIT SERVICE INC | 479.15 | 479.15 | 0.00 | 0.00 |
| 028 | SAGE TELECOM | 129.55 | 129.55 | 0.00 | 0.00 |
| 029 | ILLINOIS STUDENT ASSISTANCE COMM | 21,498.93 | 21,498.93 | 0.00 | 0.00 |
| 030 | SECURITY CHECK | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | UNITED CREDIT SERVICE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | ROCKFORD MERCANTILE AGENCY INC | 648.65 | 648.65 | 0.00 | 0.00 |
| | Total Unsecured | 34,471.44 | 34,471.44 | 0.00 | 0.00 |
| | | | | | |
| | Grand Total: | 39,959.96 | 37,471.44 | 2,515.51 | 0.00 |

Total Paid Claimant:        $2,515.51
Trustee Allowance:          $184.49         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.00       discharging the trustee and the trustee's surety from any and all
                                        liablility on account of the within proceedings, and closing the estate,
                                        and for such other relief as is just.  Pursuant to FRBP, I hereby
                                        certify that the subject case has been fully administered.

         Report Dated:

                                   /s/ Lydia S. Meyer
                                 Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008                    By  /s/Heather M. Fagan